UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| PATRICIA DANIELS | CIVIL ACTION NO. 6:11-cv-1683 |
| VERSUS | JUDGE HAIK |
| GEORGE OLIVIER | MAGISTRATE JUDGE HANNA |

**ORDER**

Having reviewed the complaint filed by the plaintiff in this lawsuit, and in accordance with *Spears v. Cotter*, 766 F.2d 179 (5th Cir. 1985), and 28 U.S.C. § 1915(e)(2)(B), the court finds that an evidentiary hearing in the nature of a motion for more definite statement of the claims should be held.

IT IS ORDERED that the plaintiff, Patricia Daniels, shall appear before the undersigned magistrate judge at 9:30 a.m. on November 23, 2011, in Courtroom 7, United States Courthouse, 800 Lafayette Street, Lafayette, Louisiana, to be questioned by the undersigned with regard to the claims asserted in her complaint.

Signed at Lafayette, Louisiana, this 14th day of October 2011.

Patrick J. Hanna
United States Magistrate Judge
800 Lafayette St., Suite 3500
Lafayette, Louisiana 70501
(337) 593-5140 (phone) 593-5155 (fax)